**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

LEI KE,                       : No. 295 EAL 2014
                                      :
              Petitioner          :
                                        : Petition for Allowance of Appeal from the
                                        : Order of the Superior Court
             v.                   :
                                        :
                                        :
DREXEL UNIVERSITY,           :
                                        :
             Respondent       :

## ORDER

**PER CURIAM**

       **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.